UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DOW JONES & COMPANY, INC.,

Plaintiff,

-v-

MOUNT HOLLY CLUB LLC d/b/a
MT. HOLLY CLUB,

Defendant.

---

Case No. 08 Civ. 01047 (PAC)
Judge Crotty

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for DOW JONES & COMPANY, INC. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE.

Date: January 31, 2008

Signature of Attorney
Gene R. Kazlow

Attorney Bar Code: GK-0226

Form Rule7_1.pdf SDNY Web 10/2007