AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN     DISTRICT OF     NEW YORK

DOW JONES & COMPANY, INC.

-v-

MOUNT HOLLY CLUB LLC d/b/a
MT. HOLLY CLUB

**APPEARANCE**

Case Number: 08-CV-01047 (PAC)

JUDGE CROTTY

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

DOW JONES & COMPANY, LLC, Plaintiff

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 3/19/2008 | S/Stuart L. Sanders |
| Date | Signature |
| | Stuart L. Sanders — SS-8690 |
| | Print Name — Bar Number |
| | Kazlow & Kazlow, 237 West 35th Street, 14th Floor |
| | Address |
| | New York — NY — 10001 |
| | City — State — Zip Code |
| | (212) 947-2900 — (212) 563-0629 |
| | Phone Number — Fax Number |