**JUDGE CROTTY**

⚖AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_Southern_ District of _New York_

DOW JONES & COMPANY, INC.

V.

MOUNT HOLLY CLUB LLC d/b/a
MT. HOLLY CLUB,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **08 CV 01047**

TO: (Name and address of Defendant)

MOUNT HOLLY CLUB LLC
d/b/a MT. HOLLY CLUB
2340 East Phylden Drive
Holladay, UT 84117

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

KAZLOW & KAZLOW
237 West 35th Street, 14th Floor
New York, NY 10001

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

CLERK _[signature]_

DATE  FEB 0 1 2008

(By) DEPUTY CLERK

# OUT OF STATE AFFIDAVIT
## RETURN ON SUMMONS, COMPLAINT, APPEARANCE

| | | |
|---|---|---|
| **STATE OF UTAH** | ) | |
| | ) | ss. **SHERIFF'S OFFICE** |
| **COUNTY OF SALT LAKE** | ) | |

I, Deputy Jeff Smith, being first duly sworn, on oath deposes and says:

That I am a citizen of the United States over the age of twenty-one years at the time of service herein, and not a party to this action.

That I received the hereto annexed Summons on the 4th day of February, 2008, and served the same upon the within named defendant, Mount Holly Club, LLC., personally known to me to be the defendant mentioned in the within Summons, by delivering to Paul Nelson, registered agent for the said defendant at 2340 E Phylden Dr, in Salt Lake City, Salt Lake County, State of Utah, a true copy of said Summons, on the 6th day of February, 2008, at 9:23 A M. together with copies of Complaint, Appearance.

That I further certify that at the time of service, on the copy served I endorsed the date and place of service, and added my name thereto.

**James M. Winder,** Sheriff of Salt Lake County, State of Utah

Dated at Salt Lake City, Utah, February 8, 2008
Subscribed and sworn to before me, February 8, 2008

By _____
Deputy

Docket # 782
Processed by: kw
By _____
Notary Public residing in Salt Lake City, Utah
My commission expires: 2-1-2011

**SHERIFF' FEES:**

| | | |
|---|---|---|
| Service | $ | 15.00 |
| Mileage | $ | 15.00 |
| Notary | $ | 5.00 |
| Total | $ | 35.00 |



SABRINA PALMER
NOTARY PUBLIC - STATE OF UTAH
3365 SOUTH 900 WEST
SALT LAKE CITY, UT 84119
My Comm. Exp. 02/01/2011